**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 19-cv-81512-DLB

NADEL DIAZ VALDEZ

    Plaintiff,
v.

MEDICREDIT, INC., NPAS, INC., and
JFK MEDICAL CENTER LIMITED
PARTNERSHIP,

    Defendants.
_____/

## NOTICE OF FILING EXHIBITS TO NPAS, INC.'S AMENDED MEMORANDUM FOR MARCH 26, 2020 DISCOVERY HEARING

In response to the Court's Paperless Order (ECF No. 33), Defendant NPAS, Inc. ("NPAS"), hereby files the erroneously omitted exhibits to its Amended Memorandum for March 26, 2020 Discovery Hearing (ECF. No. 32), which include:

1. Exhibit 1 – the Discovery Requests that Defendant NPAS served Plaintiff with on January 8, 2020, including the First Set of Interrogatories, Request for Production of Documents, and Requests for Admissions.

2. The Discovery Requests were designed to narrow the issues of the case and obtain fundamental information about the Plaintiff's case-in-chief.

3. The responses from Plaintiff were more than 30 days late and remain incomplete.

4. Exhibit 2 – Plaintiff's Answers to Interrogatories served on Defendant on March 9, 2020.

5.      Exhibit 3 – Plaintiff's Answers to the Requests for Production of Documents served on Defendant on March 9, 2020.

6.      Despite the delay, the Plaintiff insists that he is still in the process of obtaining the requested information for key components of his case-in-chief.

7.      Exhibit 4 – Plaintiff's untimely responses to Requests for Admissions that included objections and denials.

8.      The Plaintiff's disingenuous responses to the Requests for Admissions will serve to expand the complexity of this case, not narrow the issues as they should (i.e. Plaintiff refuses to admit that gall stones are unrelated to injuries suffered from falling off of a ladder).

**WHEREFORE**, Defendant NPAS, Inc. respectfully requests that the Court enter an Order awarding NPAS, Inc. its attorney's fees and costs for having to bring a motion to the Court, and any other relief the Court deems proper.

*/s/ Naomi M. Berry*
Naomi M. Berry (FBN 69916)
nberry@carltonfields.com
Carlton Fields, P.A.
100 SE Second St., Suite 4200
Miami, Florida 33131
Telephone: (305) 530-0050

Scott A. Richards (FBN 72657)
SRichards@carltonfields.com
Carlton Fields, P.A.
200 South Orange Avenue, Suite 1000
Orlando, FL 32801
Telephone: (407) 244-8226

John D. Ryan
*Admitted Pro Hac Vice*
jryan@spencerfane.com
Spencer Fane, LLP
1650 N. Kingshighway St., Suite 204
Cape Girardeau, MI 63701
Telephone: (573) 334-5449

*Counsel for Defendants*

121487387.1