UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-81512-Civ-Brannon

NADEL DIAZ VALDEZ,

    Plaintiff,

v.

MEDICREDIT, INC., and JFK MEDICAL
CENTER LIMITED PARTNERSHIP,

    Defendants.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Voluntary Dismissal with Prejudice [DE 37], according to which the parties all agree to the dismissal of this case, with prejudice, with each party to bear their own attorneys' fees and costs. The Stipulation is signed by counsel for all parties in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, the Court **ORDERS AND ADJUDGES** that the Joint Stipulation of Voluntary Dismissal is **APPROVED**. This case is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 30th day of March, 2020.

                                    DAVE LEE BRANNON
                                    U.S. MAGISTRATE JUDGE