# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-cv-81512-DLB

NADEL DIAZ VALDEZ

    Plaintiff,

v.

MEDICREDIT, INC., NPAS, INC., and
JFK MEDICAL CENTER LIMITED
PARTNERSHIP,

    Defendants.

_____/

## DECLARATION IN SUPPORT OF ATTORNEY FEES

1. I am an attorney licensed to practice law in the State of Missouri. My attorney registration number is 51944. I was admitted pro hac vice to defend NPAS, Inc. in this matter.

2. I am an attorney, of Counsel, at the law firm Spencer Fane LLP. I am one of the attorneys of record for Defendant NPAS, Inc. ("NPAS").

3. NPAS has agreed to compensate the firm at standard hourly rates for my work and that of other attorneys and to reimburse it for its out-of-pocket expenses. My hourly rate is $410.00 per hour.

4. Spencer Fane LLP retained the law firm of Carlton Fields, LLP to serve as local counsel in this case. NPAS agreed to compensate Carlton Fields, LLP at standard hourly rates for work and that of their attorneys Scott A. Richards and Naomi M. Berry. Mr. Richard's hourly rate is $330.00 per hour. Ms. Berry's hourly rate is $375.00.

5. The fees incurred by NPAS related to Compelling the Plaintiff to participate in Discovery in this case, total $3,841.50, which it owes to Spencer Fane LLP in part and Carlton Fields, LLP, in part. This amount includes attorneys' fees incurred for communicating with

1

Plaintiff's counsel before filing the motion with the court, briefing the Motion to compel and communicating with the Court, among other things. The specific billing entries related to these charges are attached to the Motion for Attorney Fees as **Exhibit B**. Those entries include detailed descriptions of the services provided, the actual time spent, and the hourly rate charged by each individual who worked on this case and for whom NPAS seeks to recover its fees. Invoices are sent to Parallon Business Solutions because NPAS, Inc., is a wholly owned subsidiary of the Parallon Business Solutions.

6. Given the experience of the attorneys and paralegal working on this matter for NPAS in litigation matters such as those at issue here, the hourly rates charged are reasonable and for the work performed are reasonable.

7. I declare under penalty of perjury that the foregoing is true and correct. Executed on April 10, 2020.

/s/ John D. Ryan
John D. Ryan