# EXHIBIT B

| Date | Attorney | Description | Time | Rate | Fee |
|---|---|---|---|---|---|
| 2/10/2020 | JDR | Draft letter to Plaintiff to compel discovery responses from Plaintiff. | 0.3 | $ 410 | $ 123.00 |
| 2/11/2020 | JDR | Call to Plaintiff's counsel to discuss settlement and Discovery. | 0.2 | $ 410 | $ 82.00 |
| 2/13/2020 | JDR | Draft Motion to Compel Answers to Discovery | 0.8 | $ 410 | $ 328.00 |
| 2/13/2020 | JDR | Forward Motion to Compel Discovery Responses to S. Dickenson with proposed strategy for filing. | 0.2 | $ 410 | $ 82.00 |
| 2/19/2020 | JDR | Email exchange with Plaintiff's counsel and local counsel regarding tardy discovery and Motion to Compel. | 0.3 | $ 410 | $ 123.00 |
| 2/26/2020 | JDR | Email exchange with Plaintiff's counsel and local counsel regarding outstanding discovery from Plaintiff and mediation schedule. | 0.4 | $ 410 | $ 164.00 |
| 2/27/2020 | JDR | Legal research in support of Motion to Compel responses to discovery and memorandum in | 0.6 | $ 410 | $ 246.00 |
| 2/27/2020 | JDR | Draft memorandum in support of motion to compel discovery responses from plaintiff. | 0.6 | $ 410 | $ 246.00 |
| 2/27/2020 | JDR | Review Court's order setting hearing on Motion to Compel and forward to S. Dickenson for Client. | 0.2 | $ 410 | $ 82.00 |
| 3/4/2020 | JDR | Email exchange with local counsel with update from plaintiff's counsel regarding plaintiff's late discovery responses. | 0.2 | $ 410 | $ 82.00 |
| 3/9/2020 | NMB | CORRESPONDENCE WITH OPPOSING COUNSEL RE: PLAINTIFF'S DISCOVERY RESPONSES | 0.2 | $ 375 | $ 75.00 |
| 3/10/2020 | JDR | Draft memo to court with update on plaintiff's late production of discovery and demand for fees related to filing motion. | 0.6 | $ 410 | $ 246.00 |
| 3/10/2020 | NMB | REVIEWING DRAFT NOTICE OF FILING DISCOVERY RESPONSES AND STRATEGIZING RE: SAME FOR MARCH 26 HEARING | 0.3 | $ 375 | $ 112.50 |
| 3/11/2020 | NMB | STRATEGIZING RE: AMENDED MEMO FOR MARCH 26 HEARING AND REVISING SAME. | 0.5 | $ 375 | $ 187.50 |
| 3/11/2020 | SAR | REVIEWED AND REVISED DRAFT AMENDED MOTION FOR RECOVERY OF ATTORNEYS' FEES. | 0.2 | $ 330 | $ 66.00 |
| 3/12/2020 | NMB | CORRESPONDENCE WITH CO-COUNSEL AND OPPOSING COUNSEL RE: AMENDED MEMO FOR MARCH 26 HEARING. | 0.5 | $ 375 | $ 187.50 |
| 3/12/2020 | SAR | FINALIZED AND FILED AMENDED MEMORANDUM FOR THE MARCH 26TH HEARING ON THE MOTION TO COMPEL. | 0.2 | $ 330 | $ 66.00 |

| Date | Attorney | Description | Time | Rate | Fee |
|---|---|---|---|---|---|
| 3/12/2020 | SAR | PHONE CONFERENCE WITH OPPOSING COUNSEL REGARDING PENDING DISCOVERY ISSUES AND POSSIBILITY OF AVOIDING UPCOMING MOTION TO COMPEL HEARING. | 0.6 | $ 330 | $ 198.00 |
| 3/12/2020 | JDR | E-mail exchange with local counsel to file memo to update court on status of discovery dispute. | 0.2 | $ 410 | $ 82.00 |
| 3/12/2020 | JDR | E-mail exchanges with Plaintiff regarding the motion to compel discovery responses and payment of related fees. | 0.3 | $ 410 | $ 123.00 |
| 3/12/2020 | JDR | Review Court's order regarding motion to compel filings and hearing and forward to S. Dickenson for client. | 0.2 | $ 410 | $ 82.00 |
| 3/12/2020 | JDR | E-mail exchange with local counsel to coordinate response to Court's order and requested pleading. | 0.2 | $ 410 | $ 82.00 |
| 3/13/2020 | NMB | REVIEWING ORDER ON DISCOVERY MOTION AND STRATEGIZING WITH CO-COUNSEL RE: BEST APPROACH TO BRING PLAINTIFF'S LACK OF DILIGENCE TO COURT'S ATTENTION | 0.4 | $ 375 | $ 150.00 |
| 3/13/2020 | SAR | FINALIZED AND FILED NOTICE OF FILING EXHIBITS IN SUPPORT OF AMENDED MEMORANDUM IN ANTICIPATION OF MARCH 26TH HEARING ON MOTION TO COMPEL. | 0.6 | $ 330 | $ 198.00 |
| 3/16/2020 | SAR | PARTICIPATED IN TELECONFERENCE WITH OPPOSING COUNSEL REGARDING REMAINING DISCOVERY OBLIGATIONS AND POTENTIAL RESOLUTION AS TO OUTSTANDING ISSUES. | 0.2 | $ 330 | $ 66.00 |
| 3/18/2020 | JDR | Review Court's Order delaying hearing on Motion to Compel and forward to S. Dickenson for client. | 0.3 | $ 410 | $ 123.00 |
| 3/18/2020 | NMB | REVIEWING COURT ORDER POSTPONING HEARING AND DEADLINE FOR PLAINTIFF TO RESPOND TO DISCOVERY MOTION. | 0.2 | $ 375 | $ 75.00 |
| 3/23/2020 | JDR | Composed email to S. Dickenson regarding filing deadline for motion to compel. | 0.1 | $ 410 | $ 41.00 |
| 3/27/2020 | JDR | Email with local counsel regarding reply strategy to Plaintiff's failure to respond to Motion to Compel. | 0.3 | $ 410 | $ 123.00 |
| | | **Total :** | **9.90** | | **$ 3,841.50** |